**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MISAEL AMADOR CRUZ,<br>Petitioner,<br>v.<br>D. MARIN, et al.,<br>Respondents. | Case No. 5:26-cv-03285-SVW (SK)<br>**JUDGMENT** |

Pursuant to the Court's Order Granting Petition In Part Only, IT IS ADJUDGED that the Petition under 28 U.S.C. § 2241 is partially granted in favor of Misael Amador Cruz (A# 246-060-683) in that respondents shall schedule and provide within 14 days of the Court's Order a *Rodriguez* bond hearing with at least 7 days' notice to petitioner.

The Court Clerk is directed to close this case.

DATED: October 8, 2026

HON. STEPHEN V. WILSON
United States District Judge